Angelique L. M. Clark
Bankruptcy Trustee
PO Box 50070
Sparks, Nevada 89435
aclarkttee@hotmail.com

**E-Filed 10/13/11**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>RENO SNAX SALES, LLC<br><br>　　　　Debtor.<br>_____/ | CASE NO.　BK-N-11-53130-BTB<br>CHAPTER　7<br><br>**TRUSTEE'S EX PARTE APPLICATION TO EMPLOY HARTMAN & HARTMAN**<br><br>**(No Hearing Required)** |

Pursuant to U.S.C. § 327 and Fed. R. Bank. P. 2014, Angelique L. M. Clark, the duly appointed and acting trustee in the above-captioned Chapter 7 Case ("Trustee") hereby applies to this Court for an order approving the employment of Hartman & Hartman, A Professional Corporation ("Hartman") as her attorney. In support of this Application, the Trustee respectfully represents as follows:

1.　The Trustee seeks to employ Hartman & Hartman ("Hartman") to represent her in connection with this case for whatever purposes she deems necessary. The Trustee anticipates that Hartman & Hartman will assist her in fulfilling her duties under 11 U.S.C. §704 and, where necessary and advisable, pursuing claims which the estate may hold against third persons.

2.　The Trustee has chosen Hartman & Hartman because Jeffrey L. Hartman, Esq. is admitted to practice in this Court, has knowledge and experience in bankruptcy matters, and is otherwise qualified to represent the Trustee.

3.　The terms of the employment of Hartman & Hartman to which the Trustee has agreed, subject to subsequent approval by this Court under 11 U.S.C. §§329 and 330, are as follows:

The Trustee will compensate Hartman & Hartman on an hourly basis at the preferred rates charged by Hartman & Hartman's professionals in trustee cases, to-wit:

| | |
|---|---|
| Jeffrey L. Hartman: | $400.00 per hour |
| Contract Lawyer: | $185.00 per hour |
| Legal Assistant: | $75.00 per hour |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions, and, on occasion, to reflect each attorney's and legal assistant's increased experience and expertise in the area of bankruptcy law.  Hartman & Hartman will make periodic application for compensation in accordance with the applicable provisions of the Bankruptcy Code and Rules, and, if at the completion of the case the results merit it, Hartman & Hartman may make application to the Court for the allowance of a premium above its designated hourly rates.

4. To the best of the Trustee's knowledge, Hartman & Hartman does not represent an interest adverse to the estate in the matters upon which it is to be engaged and is a disinterested person as that term is defined in 11 U.S.C. §101(14).

5. To the best of its knowledge, the only present conditions which Hartman & Hartman and/or its employees have with Debtors, debtors' creditors, any other party fo interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee which are out of the ordinary course of business are as follows:[1]

**WHEREFORE,** the Trustee requests that employment of Hartman & Hartman be approved by this Court, effective October 4, 2011, for its purpose and on the terms and conditions set forth above.

DATED this 13th day of October, 2011.

/s/ Angelique L. M. Clark
Angelique L. M. Clark, Trustee

---

[1] The type of connections considered to be in the ordinary course of business and which are not further discussed herein) are those relationships such as banking/financing/credit card relationships, telephone and utility service, newspaper subscriptions, cable television service , and suppliers/repair services with which Hartman & Hartman and its employees do business in the ordinary course.