1   Angelique L. M. Clark
    Bankruptcy Trustee                              **E-Filed 10/13/11**
2   PO Box 50070
    Sparks, Nevada 89435
3   aclarkttee@hotmail.com

4

5                    **UNITED STATES BANKRUPTCY COURT**

6                           **DISTRICT OF NEVADA**

7   IN RE:                              CASE NO.    BK-N-11-53130-BTB
                                        CHAPTER     7
8   RENO SNAX SALES, LLC
                                        **DECLARATION OF JEFFREY L.**
9           Debtor.                     **HARTMAN IN SUPPORT OF**
                                        **TRUSTEE'S EX PARTE**
10                                      **APPLICATION TO EMPLOY**
                                        **HARTMAN & HARTMAN**
11  _____/
                                        (No Hearing Required)
12

13          I, Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declare:

14          1.      I am admitted to practice law in the State of Nevada and in this Court and I am

15  a member of the law firm of Hartman & Hartman ("Hartman").

16          2.      After this chapter 7 case was filed by Reno Snax Sales, LLC, ("Debtor"), I was

17  retained to represent Angelique L. M. Clark, Chapter 7 Trustee ("Trustee") in all legal matters

18  pertaining to this case or proceedings of this case.  I am prepared to represent the Trustee in that

19  capacity.

20          3.      To the best of my knowledge insofar as I have been able to ascertain, I do not

21  have any connection with the above-captioned Debtor, their creditors, affiliates or any parties-

22  in-interest, those parties' respective attorneys and accountants, the United States Trustee or any

23  personnel employed in the Office of the United States Trustee.

24          4.      To the best of my knowledge, information and belief, I do not have any

25  connections with nor am I related to the bankruptcy judge assigned to this case.

26          5.      Based upon the foregoing, I believe I am a "disinterested person" as defined by

27  § 101(14) of the Bankruptcy Code and that I do not hold or represent an interest adverse to the

28  Debtors or their estates.  Further, my employment is not prohibited by Bankruptcy Rule 2014

1   or 5002.

2        6.     No promises have ben received by me as to compensation in connection with this

3   case other than in accordance with the provisions of the Bankruptcy Code. I have no agreement

4   with any other entity to share with such an entity any compensation received in connection with

5   this Chapter 7 case.

6        7.     Hourly rates are set at a level designed to fairly compensate me. My hourly rate

7   for these cases is $400.00 per hour, and the hourly rate for legal assistants is $75.00 per hour.

8   It is my policy to charge all clients, including Trustees, for expenses incurred in connection with

9   a case. Such expenses include, but are not limited to: photocopying, travel expenses, long

10  distance telephone calls, postage, express mail, messenger charges, computer services, expenses

11  for working meals and facsimile charges. I will charge the Trustee for these expenses in a

12  matter and at rates consistent with charges made generally to other clients.

13       8.     I understand that all fees and expenses are subject to Court approval.

14       DATED this 13th day of October, 2011.

15

16                  /s/ Jeffrey L. Hartman

17                  Jeffrey L. Hartman, Esq.

18

19

20

21

22

23

24

25

26

27

28