

**Entered on Docket
October 13, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

Angelique L. M. Clark
Bankruptcy Trustee
PO Box 50070
Sparks, Nevada 89435
aclarkttee@hotmail.com

**E-Lodged** 10/13/11

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-11-53130-BTB<br>CHAPTER   7 |
| RENO SNAX SALES, LLC | |
| Debtor. | **ORDER APPROVING TRUSTEE'S EX PARTE APPLICATION TO EMPLOY HARTMAN & HARTMAN** |
| _____ / | (No Hearing Required) |

The Court having considered the Application of Angelique L. M. Clark, Trustee in the above-referenced bankruptcy case, seeking authority to employ Hartman & Hartman as her attorney, and the Court being satisfied that Hartman & Hartman does not hold or represent any interest adverse to the estate, is a disinterested person with meaning of 11 U.S.C. §101, and that the United States Trustee has interposed no objection to the Application,

**IT IS HEREBY ORDERED** that the employment of Hartman & Hartman be and hereby is approved effective date October 4, 2011 on the terms and conditions as set forth in the Trustee's Ex Parte Application, however, subject to approval by this Court under 11 U.S.C. §330, after notice and hearing, of all compensation and reimbursement requested by Hartman & Hartman.

///

///

1    Dated this __13th__ day of October, 2011.

2    Submitted By:

3

    /s/ Angelique L. M. Clark
4    Angelique L. M. Clark, Trustee

5

    Approved/Disapproved
6

7    /s/ Nicholas Strozza
    Nicholas Strozza, Esq.
8    Assistant U.S. Trustee

11                                    # # # #

2